

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER BERNARD WILLIAMS, | § | No. 08-22-00212-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 264th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Bell County, Texas |
| | § | |
| State. | | (TC# 82604) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 20, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Tim B. Copeland, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 20, 2023.

IT IS SO ORDERED this 6th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.